

FILED

DEC - 2 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUDOLPH LEE SHANE, JR.,<br><br>Defendant. | Case No. CR-10-110-BLG-SPW<br><br>ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL |

UPON the Defendant's Motion to File Document Under Seal (Doc. 84), and good cause appearing,

IT IS HEREBY ORDERED that the psychological evaluation is filed under seal.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 2nd day of December, 2016.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE